IAN M. SAMMIS (CA State Bar No. 45883)
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200
e-mail: imsammis@pacbell.net

Attorney for Plaintiff
William O. Boyd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD C. WATKINS,<br>　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　Defendant. | Case No.  C 06-0774  SC<br><br>STIPULATION OF<br>DISMISSAL WITHOUT PREJUDICE<br><br>[F.R.C.P. 41(a)(1)] |

　　IT IS HEREBY STIPULATED by and between the parties that Plaintiff voluntarily dismisses this action without prejudice.


Dated: May 23, 2006                signed /IAN M. SAMMIS/

                                   by_____
                                        Ian M. Sammis
                                   Attorney for Plaintiff William O. Boyd



Dated: May 25, 2006                signed /SARA WINSLOW/

                                   by_____
                                        Ian M. Sammis
                                   United States Attorney's Office
                                      and Attorney for the Commissioner

1  IAN M. SAMMIS (CA State Bar No. 45883)
   1108 Tamalpais Avenue #1
2  San Rafael, CA 94901
   Tel.: 415-457-4200
3  e-mail: imsammis@pacbell.net
4
   Attorney for Plaintiff
5  William O. Boyd

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD C. WATKINS,<br>     Plaintiff, | Case No. C 06-0774 SC |
| v. | STIPULATION OF<br>DISMISSAL WITHOUT PREJUDICE |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | (F.R.C.P. 41(a)(1)) |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff voluntarily dismisses this action without prejudice.

Dated: May 23, 2006

signed /IAN M. SAMMIS/
by _____
Ian M. Sammis
Attorney for Plaintiff William O. Boyd

Dated: May 25, 2006

signed /SARA WINSLOW/
by _____
~~Ian M. Sammis~~
United States Attorney's Office
and Attorney for the Commissioner

**IT IS SO ORDERED**
Judge Samuel Conti

STIPULATION OF DISMISSAL    Page 1 of 1    Case No. C-06-0774 SC